PHILLIPS v. GRAND UNION CO.

No. 320P96

Case below: 122 N.C. App. 753

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 September 1996.

STATE v. ADAMS

No. 293PA96

Case below: 122 N.C. App. 538

Notice of appeal by Attorney General (substantial constitutional question) retained 5 September 1996. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 5 September 1996.

STATE v. CROSS

No. 118PA96

Case below: 121 N.C. App. 788

Petition by Attorney General for writ of supersedeas allowed 5 September 1996. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 5 September 1996.

STATE v. DAVIDSON

No. 369A96

Case below: 123 N.C. App. 326

Motion by Attorney General for temporary stay allowed 23 August 1996.

STATE v. EVERETT

No. 291P96

Case below: 122 N.C. App. 579

Notice of appeal by defendant (Everett) (substantial constitutional question) dismissed 27 August 1996. Petition by defendant (Everett) for discretionary review pursuant to G.S. 7A-31 dismissed 27 August 1996.